IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : : | 11-63482 Cases listed in Exhibit "A," attached |

FILED MAR 19 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **16th** day of **March, 2012**, it is hereby **ORDERED** that Defendants' Motions listed in Exhibit "A," attached, are **GRANTED** as unopposed.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiffs have not opposed Defendants' motions, including motions for summary judgment. As provided under local rules, for motions for summary judgment, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

The bases for Defendants' motions is that Plaintiffs have failed to raise a genuine issue of material fact as to whether decedent's asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants.

Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

## EXHIBIT "A"

*Anderson*, 11-63482: OI's Motion for Summary Judgment (Doc #270)

*Gehrt*, 08-92066: OI's Motion for Summary Judgment (Doc #170)

*Goeken*, 10-68122: OI's Motion for Summary Judgment (Doc #116)

*Krik*, 11-63473: OI's Motion for Leave to File Reply (Doc #275)